UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 16-20608-CIV-COOKE/TORRES

MARY KOSTELEC,

Plaintiffs,

v.

NCL (BAHAMAS) LTD., a Bermuda Corporation

Defendant.
_____________________________________/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY stipulated by and between counsel for the Plaintiff and counsel for the Defendant that the above cause, having been amicably settled, be dismissed with prejudice, with each Party bearing its own costs and attorney's fees.

DATED: December 8, 2016

Respectfully submitted,

DAVID W. SINGER & ASSOC., P.A.
*Attorneys for Plaintiff*
1011 S. Federal Highway
Hollywood, Florida 33020
Telephone: (954) 920-1571
Facsimile: (954) 926-5746

By: /s/ *Peter G. Walsh*
PETER G. WALSH
Florida Bar No.: 970417
pwalsh@1800askfree.com

MASE TRIAL LAWYERS
*Attorneys for Defendant*
2601 South Bayshore Drive, Suite 800
Miami, Florida 33133
Telephone: (305) 377-3770
Facsimile: (305) 377-0080

By: /s/ *Scott P. Mebane*
CURTIS J. MASE
Florida Bar No. 478083
cmase@maselara.com
SCOTT P. MEBANE
Florida Bar No.: 273030
smebane@maselara.com

**CASE NO.:** 16-20608-CIV-COOKE/TORRES

**CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2016, I electronically filed the foregoing document with the Clerk to the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Scott P. Mebane*
SCOTT P. MEBANE

**SERVICE LIST**

Mary Kostelec vs. NCL (Bahamas) Ltd.
Case No.: 16-cv-20608-Cooke/Torres
United States District Court for the Southern District of Florida

PETER G. WALSH, ESQ.
DAVID W. SINGER, ESQ.
DAVID W. SINGER & ASSOC., P.A.
1011 S. Federal Highway
Hollywood, Florida 33020
Telephone: (954) 920-1571
Facsimile: (954) 926-5746
dsingeresq@aol.com
pwalsh@1800askfree.com
*Attorneys for Plaintiff*

18988/#202